UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JONATHAN HAYES,                    )
                                   )
            Petitioner,            )
                                   )
v.                                 )      Nos.:  3:09-CR-162-TAV-CCS-1
                                   )             3:17-CV-56-TAV
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is

**ORDERED** and **ADJUDGED** that the United States' motion to deny and dismiss [Doc. 45]

is **GRANTED** and Petitioner's successive § 2255 motion [Doc. 42] is **DENIED** and

**DISMISSED WITH PREJUDICE**. If Petitioner files a notice of appeal from this

judgment, such notice of appeal will be treated as an application for a certificate of

appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P.

22(b) because he has failed to make a substantial showing of the denial of a federal

constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R.

App. P. 24 that any such appeal from this judgment would be frivolous and not taken in good

faith.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
    CLERK OF COURT